**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                            Case No. 06-cr-25-01-PB

**Brandon Deane**

**O R D E R**

The defendant, through counsel, has moved to continue the July 6, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 6, 2006 to October 3, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 26, 2006 final pretrial conference is continued until September 27, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 22, 2006

cc:  Michael Iacopino, Esq.
     Debra Walsh, Esq.
     United States Probation
     United States Marshal